LOCKE LORD LLP
MATTHEW K. BLACKBURN (SBN 261959)
mblackburn@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, California 94104–4815
Telephone:   (415) 318–8810
Facsimile:    (415) 676–5816

Attorneys for Defendant
METHODE ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBER SWITCHING PATENTS, LLC d/b/a CYBER SWITCHING,<br><br>Plaintiff,<br><br>v.<br><br>METHODE ELECTRONICS, INC.,<br><br>Defendant. | CASE NO. 3:14-cv-02684 JCS<br><br>Related Cases: No. 3:14-cv-02681, 3:14-cv-02682, 3:14-cv-02683, 3:14-cv-02689, 3:14-cv-02692, 3:14-cv-02693<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6–1(a))**<br><br>Courtroom:   G, 15th Fl.<br>Judge:          Hon. Joseph C. Spero<br>Trial Date:    None Set |

This Stipulation is entered into by and among Plaintiff Cyber Switching Patents, LLC d/b/a Cyber Switching ("Cyber Switching") and Defendant Methode Electronics, Inc. ("Methode"), by and through their representative counsel.

WHEREAS, Cyber Switching filed a complaint (the "Complaint") in the above-entitled action in the United States District Court, Northern District of California, on June 10, 2014;

WHEREAS, Cyber Switching served the Complaint on Methode on June 16, 2014;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1)(A)(i) and 15(a)(1)(3), the current due date for Methode to respond to the Complaint is July 7, 2014.

WHEREAS, under Civil Local Rule 6–1(a), parties may stipulate in writing, without a court order to extend the time within which to answer or otherwise respond to a complaint; and

WHEREAS, extending the date for Methode to respond to the Complaint as set forth below will not alter the date of any event or deadline already fixed by court order;

NOW, THEREFORE, the Parties hereby stipulate and agree that Methode's time to respond to the Complaint (answer, move, or otherwise respond) is extended to and including Wednesday, August 6, 2014.

**IT IS SO STIPULATED.**

Dated: June 30, 2014                         LOCKE LORD LLP


By:   */s/Matthew K. Blackburn*
            Matthew K. Blackburn

Attorneys for Defendant
METHODE ELECTRONICS, INC.

Dated: June 30, 2014                         MOUNT, SPELMAN, & FINGERMAN, P.C.


By:   /s/ Kathryn G. Spelman
            Kathryn G. Spelman
            William H. Stewart
            Jing H. Cherng

Attorneys for Plaintiff
CYBER SWITCHING PATENTS, LLC d/b/a
CYBER SWITCHING

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5–1**

I, Matthew K. Blackburn, am the ECF user whose ID and password were used to electronically file this Stipulation To Extend Time To Respond To Complaint (L.R. 6–1(A)). In compliance with Local Rule 5–1(i), I hereby attest that concurrence in the filing of the document has been obtained from Counsel for Plaintiff Cyber Switching (Kathryn G. Spelman).

Dated: June 30, 2014                    By:       */s/Matthew K. Blackburn*
                                                      Matthew K. Blackburn

Dated: 7/1/14



STIP. TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 3:14-CV-02684 JCS