Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Jing H. Cherng (Cal. Bar No. 265017)
William H. Stewart (Cal. Bar No. 287782)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; gcherng@mount.com;
           wstewart@mount.com

Counsel for Plaintiff Cyber Switching

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Cyber Switching Patents LLC d/b/a Cyber Switching,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Methode Electronics Inc.,<br><br>　　　　　　Defendant. | Case No. 4:14-cv-02684-PJH<br><br>Related Cases: No. 3:14-cv-02681, 3:14-cv-02682, 3:14-cv-02683, 3:14-cv-02689, 3:14-cv-02692, 3:14-cv-02693<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties having reached a settlement in this matter.

THE PARTIES NOW HEREBY STIPULATE to the dismissal of this action, such dismissal to be with prejudice and with each party to bear its own costs, expenses, and attorneys' fees incurred in this litigation.

///

1  ///

2

3
   Dated: 1/8/2015                           MOUNT, SPELMAN & FINGERMAN, P.C.
4
                                       By:   /s/ *Kathryn G. Spelman*
5                                            Counsel for Plaintiff Cyber Switching

6  Dated: 1/8/2015                           LOCKE LORD LLP

7                                      By:   /s/ *Matthew K. Blackburn*
                                             Attorneys for Defendant
8                                            METHODE ELECTRONICS, INC.

9

10

11

12 PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14 Dated: 1/9/15
                                             _____
15                                           Hon. Phyllis J. Hamilton

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]